No. 04–197.  KILCULLEN *v.* LEWIS ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 04–232.  TENENBAUM ET UX. *v.* SIMONINI ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 04–233.  NXIVM CORP. ET AL. *v.* ROSS INSTITUTE ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 04–245.  ALT *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. 6th Cir.  Certiorari denied.

No. 04–246.  AQUALINE ASSOCIATES, LTD. *v.* GENESIS HEALTH VENTURES, INC., ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 04–249.  WELLS *v.* CITY OF ALEXANDRIA, LOUISIANA, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 04–283.  LUBETZKY *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 04–287.  CITY OF MARYSVILLE, WASHINGTON *v.* VINE STREET COMMERCIAL PARTNERSHIP ET AL.  Ct. App. Wash.  Certiorari denied.

No. 04–288.  ROMERO *v.* ASHCROFT, ATTORNEY GENERAL, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 04–295.  FLORIDA *v.* GROSVENOR.  Sup. Ct. Fla.  Certiorari denied.

No. 04–364.  PRE-PAID LEGAL SERVICES, INC., ET AL. *v.* BRADLEY ET AL.; PRE-PAID LEGAL SERVICES, INC., ET AL. *v.* BROWNLOW ET AL.; and PRE-PAID LEGAL SERVICES, INC., ET AL. *v.* MEALEY ET AL.  Sup. Ct. Miss.  Certiorari denied.

No. 04–374.  BARNES *v.* JOHNSON ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 04–375.  DAHL *v.* MINNESOTA.  Ct. App. Minn.  Certiorari denied.